United States District Court
District of Connecticut
FILED AT NEW HAVEN

December 7 ,20 20

By /s/ Yelena Gutierrez
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:20CR 242   ( JAM ) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| RANDALL TILTON, | : | |
| | : | 18 U.S.C. § 2251 |
| | : | (Production of Child Pornography) |
| | : | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Production of Child Pornography)

1. From in or about 2015 and continuing through on or about November 1, 2019, in the District of Connecticut, the District of New Hampshire and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 1, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to "0032-20180821_XXXXXX.mp4," "0170422-XXXXXX.mp4," and "20150831_XXXXXX.jpg," the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
(Production of Child Pornography)

2. From in or about February 2019 and continuing through on or about November 1, 2019, in the District of Connecticut and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 2, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to Screenshot_20190210-XXXXX3.png; Screenshot_20190209-XXXXX8.png and 154981788XXXX.jpg, the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE
(Production of Child Pornography)

3. From on or about June 25, 2016 and continuing through on or about November 1, 2019, in the District of Connecticut and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 3, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to

20160625_XXXXX6.jpg; 20160625_XXXX50.jpg; and 20160525_XXXXX0.jpg, the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR
(Production of Child Pornography)

4. From in or about February 2016 and continuing through on or about November 1, 2019, in the District of Connecticut, Southern District of California and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 4, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to 20160209_XXXXXX (1).mp4, 1455063XXXXXX.jpg, and 20160209_XXXXX7.jpg, the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE
(Production of Child Pornography)

5. From in or about May 2015 and continuing through on or about November 1, 2019, in the District of Connecticut, the Southern District of California and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 5, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to 051115XXXX.jpg, 050915XXXXa.jpg, and 050915XXXX.mp4, the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SIX
(Production of Child Pornography)

6. From in or about November 2014 and continuing through on or about November 1, 2019, in the District of Connecticut, the Southern District of California and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 6, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to "XXXXX-xxx—04.jpg," "XXXXXXX161210.jpg,"

"XXXXXX2878233.jpg," and "XXXXXX1447.mp4," the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT SEVEN
(Production of Child Pornography)

7. From in or about November 2014 and continuing through on or about November 1, 2019, in the District of Connecticut, the Southern District of California and elsewhere, the defendant RANDALL TILTON did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 7, whose identity is known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to "XXXXXX0403.jpg," "XXXXXX0406.jpg," and "XXXXXX0407.jpg," the full file names of which are known to the United States Attorney, and each of which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE ALLEGATION

8. Upon conviction of one or more of the offenses alleged in Counts One through Seven of this Information, the defendant RANDALL TILTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense, all property constituting or traceable to gross profits or other proceeds obtained, directly or indirectly, from the offense, and all visual depictions described in Title 18. United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to the following: (1) an MSI Black Laptop S/N GE62 2QF 413USK150900825; (2) two SanDisk Cruzer USB flash drives (8 GB and 128 GB); (3) a Samsung Galaxy Edge S7 G935P and (4) an LG LK430 GPad (collectively, the Electronic Devices") that were seized by law enforcement on November 1, 2019.

9. If any of the Electronic Devices, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

*/s/ Leonard C. Boyle*
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

*/s/ Nancy V. Gifford*
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY