AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the

District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

December 7        ,20 20

| United States of America | ) | Case No. 3:20CR_242(JAM ) |
| v. | ) | |
| | ) | |
| RANDALL TILTON | ) | |
| Defendant | ) | |

By  /s/ Yelena Gutierrez
Deputy Clerk

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Dec. 7, 2020

_____
Defendant's signature

_____
Signature of defendant's attorney

Moira Buckley, Esq.
Printed name of defendant's attorney

/s/ Jeffrey Alker Meyer, USDJ
Judge's signature

_____, United States District Judge
Judge's printed name and title