UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | CRIM NO. 3:20CR242(JAM) |
| v. | : | |
| RANDALL TILTON | : | April 30, 2021 |

**Motion to File Victim Impact Statements Under Seal**

On December 7, 2020, the defendant waived indictment and pled guilty to seven counts of sexual exploitation of children, in violation of 18 U.S.C. § 2251(a). As part of the defendant's plea, he admitted that his relevant conduct included the possession of thousands of images depicting minors engaged in sexually explicit conduct. *See* ECF Plea Agreement, Document No. 7 at 16.

In accordance with 18 U.S.C. § 3509(d), the Government requests permission to file under seal the written statements of minor victims and/or their family members of the defendant's relevant conduct. The defendant does not object to this motion.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct16324
450 MAIN STREET, ROOM 328
HARTFORD, CT 06A103
(860) 974-1101
Nancy.Gifford@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 30, 2021, a copy of the foregoing Memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

         *Nancy V. Gifford*

         NANCY V. GIFFORD
         ASSISTANT U.S. ATTORNEY