Table 7

# AGE OF FEDERAL OFFENDERS BY TYPE OF CRIME[1]
## Fiscal Year 2020

| TYPE OF CRIME | TOTAL | Under 21[2] N | % | 21 to 25 N | % | 26 to 30 N | % | 31 to 35 N | % | 36 to 40 N | % | 41 to 50 N | % | 51 to 60 N | % | Over 60 N | % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 64,513 | 2,120 | 3.3 | 8,126 | 12.6 | 11,520 | 17.9 | 11,917 | 18.5 | 10,907 | 16.9 | 12,957 | 20.1 | 5,066 | 7.9 | 1,900 | 2.9 | 36 | 35 |
| Administration of Justice | 542 | 17 | 3.1 | 89 | 16.4 | 93 | 17.2 | 82 | 15.1 | 75 | 13.8 | 93 | 17.2 | 58 | 10.7 | 35 | 6.5 | 38 | 35 |
| Antitrust | 11 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 9.1 | 2 | 18.2 | 7 | 63.6 | 1 | 9.1 | 54 | 55 |
| Arson | 48 | 1 | 2.1 | 10 | 20.8 | 11 | 22.9 | 5 | 10.4 | 6 | 12.5 | 9 | 18.8 | 5 | 10.4 | 1 | 2.1 | 36 | 34 |
| Assault | 617 | 28 | 4.5 | 109 | 17.7 | 149 | 24.1 | 122 | 19.8 | 97 | 15.7 | 72 | 11.7 | 26 | 4.2 | 14 | 2.3 | 33 | 31 |
| Bribery/Corruption | 240 | 0 | 0.0 | 5 | 2.1 | 6 | 2.5 | 14 | 5.8 | 25 | 10.4 | 55 | 22.9 | 79 | 32.9 | 56 | 23.3 | 51 | 52 |
| Burglary/Trespass | 39 | 2 | 5.1 | 3 | 7.7 | 7 | 17.9 | 9 | 23.1 | 8 | 20.5 | 7 | 17.9 | 3 | 7.7 | 0 | 0.0 | 35 | 34 |
| Child Pornography | 1,023 | 12 | 1.2 | 71 | 6.9 | 133 | 13.0 | 164 | 16.0 | 149 | 14.6 | 227 | 22.2 | 161 | 15.7 | 106 | 10.4 | 42 | 40 |
| Commercialized Vice | 53 | 0 | 0.0 | 5 | 9.4 | 4 | 7.5 | 7 | 13.2 | 11 | 20.8 | 8 | 15.1 | 8 | 15.1 | 10 | 18.9 | 44 | 39 |
| Drug Possession | 438 | 37 | 8.4 | 85 | 19.4 | 84 | 19.2 | 77 | 17.6 | 59 | 13.5 | 63 | 14.4 | 24 | 5.5 | 9 | 2.1 | 33 | 31 |
| Drug Trafficking | 16,388 | 400 | 2.4 | 1,859 | 11.3 | 3,010 | 18.4 | 3,103 | 18.9 | 2,942 | 18.0 | 3,393 | 20.7 | 1,272 | 7.8 | 409 | 2.5 | 36 | 35 |
| Environmental | 132 | 1 | 0.8 | 6 | 4.5 | 10 | 7.6 | 13 | 9.8 | 13 | 9.8 | 32 | 24.2 | 30 | 22.7 | 27 | 20.5 | 48 | 47 |
| Extortion/Racketeering | 119 | 0 | 0.0 | 13 | 10.9 | 14 | 11.8 | 16 | 13.4 | 16 | 13.4 | 30 | 25.2 | 17 | 14.3 | 13 | 10.9 | 42 | 41 |
| Firearms | 7,539 | 208 | 2.8 | 1,219 | 16.2 | 1,727 | 22.9 | 1,502 | 19.9 | 1,257 | 16.7 | 1,131 | 15.0 | 383 | 5.1 | 112 | 1.5 | 34 | 32 |
| Food and Drug | 33 | 0 | 0.0 | 2 | 6.1 | 1 | 3.0 | 6 | 18.2 | 6 | 18.2 | 9 | 27.3 | 3 | 9.1 | 6 | 18.2 | 46 | 43 |
| Forgery/Counter/Copyright | 198 | 3 | 1.5 | 18 | 9.1 | 35 | 17.7 | 42 | 21.2 | 41 | 20.7 | 37 | 18.7 | 17 | 8.6 | 5 | 2.5 | 37 | 36 |
| Fraud/Theft/Embezzlement | 4,817 | 98 | 2.0 | 379 | 7.9 | 569 | 11.8 | 678 | 14.1 | 646 | 13.4 | 1,164 | 24.2 | 794 | 16.5 | 489 | 10.2 | 42 | 41 |
| Immigration | 26,558 | 1,121 | 4.2 | 3,387 | 12.8 | 4,687 | 17.6 | 5,239 | 19.7 | 4,767 | 17.9 | 5,567 | 21.0 | 1,522 | 5.7 | 268 | 1.0 | 35 | 34 |
| Individual Rights | 70 | 1 | 1.4 | 4 | 5.7 | 15 | 21.4 | 14 | 20.0 | 7 | 10.0 | 17 | 24.3 | 9 | 12.9 | 3 | 4.3 | 39 | 37 |
| Kidnapping | 66 | 0 | 0.0 | 11 | 16.7 | 12 | 18.2 | 11 | 16.7 | 10 | 15.2 | 7 | 10.6 | 10 | 15.2 | 5 | 7.6 | 38 | 35 |
| Manslaughter | 38 | 3 | 7.9 | 11 | 28.9 | 8 | 21.1 | 3 | 7.9 | 6 | 15.8 | 3 | 7.9 | 2 | 5.3 | 2 | 5.3 | 32 | 29 |
| Money Laundering | 880 | 9 | 1.0 | 63 | 7.2 | 126 | 14.3 | 118 | 13.4 | 146 | 16.6 | 217 | 24.7 | 134 | 15.2 | 67 | 7.6 | 41 | 40 |
| Murder | 294 | 8 | 2.7 | 68 | 23.1 | 73 | 24.8 | 46 | 15.6 | 36 | 12.2 | 46 | 15.6 | 14 | 4.8 | 3 | 1.0 | 33 | 30 |
| National Defense | 165 | 8 | 4.8 | 21 | 12.7 | 25 | 15.2 | 22 | 13.3 | 19 | 11.5 | 32 | 19.4 | 23 | 13.9 | 15 | 9.1 | 39 | 37 |
| Obscenity/Other Sex Offenses | 318 | 3 | 0.9 | 12 | 3.8 | 33 | 10.4 | 45 | 14.2 | 57 | 17.9 | 85 | 26.7 | 62 | 19.5 | 21 | 6.6 | 42 | 41 |
| Prison Offenses | 457 | 8 | 1.8 | 49 | 10.7 | 91 | 19.9 | 94 | 20.6 | 93 | 20.4 | 85 | 18.6 | 31 | 6.8 | 6 | 1.3 | 36 | 35 |
| Robbery | 1,316 | 98 | 7.4 | 324 | 24.6 | 286 | 21.7 | 195 | 14.8 | 135 | 10.3 | 163 | 12.4 | 91 | 6.9 | 24 | 1.8 | 33 | 30 |
| Sexual Abuse | 881 | 9 | 1.0 | 120 | 13.6 | 149 | 16.9 | 153 | 17.4 | 133 | 15.1 | 172 | 19.5 | 97 | 11.0 | 48 | 5.4 | 38 | 36 |
| Stalking/Harassing | 225 | 7 | 3.1 | 30 | 13.3 | 34 | 15.1 | 28 | 12.4 | 38 | 16.9 | 42 | 18.7 | 31 | 13.8 | 15 | 6.7 | 39 | 38 |
| Tax | 366 | 0 | 0.0 | 3 | 0.8 | 5 | 1.4 | 20 | 5.5 | 34 | 9.3 | 110 | 30.1 | 95 | 26.0 | 99 | 27.0 | 52 | 51 |
| Other | 642 | 38 | 5.9 | 150 | 23.4 | 123 | 19.2 | 89 | 13.9 | 74 | 11.5 | 79 | 12.3 | 58 | 9.0 | 31 | 4.8 | 35 | 31 |

[1] Of the 64,565 cases, 52 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

[2] Of the 2,120 offenders under 21, none involved an offender under the age of 18 at the time of sentencing.

SOURCE: U.S. Sentencing Commission, 2020 Datafile, USSCFY20.

Table 7

# AGE OF FEDERAL OFFENDERS BY TYPE OF CRIME[1]
## Fiscal Year 2019

| TYPE OF CRIME | TOTAL | Under 21[2] N | % | 21 to 25 N | % | 26 to 30 N | % | 31 to 35 N | % | 36 to 40 N | % | 41 to 50 N | % | 51 to 60 N | % | Over 60 N | % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 76,485 | 2,398 | 3.1 | 9,816 | 12.8 | 13,817 | 18.1 | 14,090 | 18.4 | 12,591 | 16.5 | 15,169 | 19.8 | 6,198 | 8.1 | 2,406 | 3.1 | 36 | 35 |
| Administration of Justice | 698 | 23 | 3.3 | 102 | 14.6 | 110 | 15.8 | 113 | 16.2 | 89 | 12.8 | 139 | 19.9 | 78 | 11.2 | 44 | 6.3 | 38 | 36 |
| Antitrust | 20 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 5 | 25.0 | 5 | 25.0 | 4 | 20.0 | 5 | 25.0 | 1 | 5.0 | 44 | 43 |
| Arson | 68 | 1 | 1.5 | 7 | 10.3 | 13 | 19.1 | 6 | 8.8 | 12 | 17.6 | 18 | 26.5 | 8 | 11.8 | 3 | 4.4 | 39 | 38 |
| Assault | 785 | 36 | 4.6 | 137 | 17.5 | 226 | 28.8 | 150 | 19.1 | 96 | 12.2 | 96 | 12.2 | 34 | 4.3 | 10 | 1.3 | 33 | 30 |
| Bribery/Corruption | 341 | 0 | 0.0 | 4 | 1.2 | 15 | 4.4 | 23 | 6.7 | 36 | 10.6 | 96 | 28.2 | 102 | 29.9 | 65 | 19.1 | 50 | 50 |
| Burglary/Trespass | 64 | 4 | 6.3 | 17 | 26.6 | 11 | 17.2 | 12 | 18.8 | 8 | 12.5 | 7 | 10.9 | 3 | 4.7 | 2 | 3.1 | 32 | 31 |
| Child Pornography | 1,368 | 16 | 1.2 | 104 | 7.6 | 178 | 13.0 | 243 | 17.8 | 198 | 14.5 | 282 | 20.6 | 204 | 14.9 | 143 | 10.5 | 42 | 39 |
| Commercialized Vice | 90 | 0 | 0.0 | 9 | 10.0 | 17 | 18.9 | 15 | 16.7 | 16 | 17.8 | 19 | 21.1 | 7 | 7.8 | 7 | 7.8 | 39 | 36 |
| Drug Possession | 561 | 68 | 12.1 | 120 | 21.4 | 109 | 19.4 | 76 | 13.5 | 59 | 10.5 | 84 | 15.0 | 35 | 6.2 | 10 | 1.8 | 32 | 29 |
| Drug Trafficking | 19,830 | 522 | 2.6 | 2,397 | 12.1 | 3,534 | 17.8 | 3,745 | 18.9 | 3,484 | 17.6 | 4,025 | 20.3 | 1,637 | 8.3 | 486 | 2.5 | 36 | 35 |
| Environmental | 174 | 6 | 3.4 | 5 | 2.9 | 15 | 8.6 | 23 | 13.2 | 21 | 12.1 | 36 | 20.7 | 31 | 17.8 | 37 | 21.3 | 46 | 46 |
| Extortion/Racketeering | 185 | 1 | 0.5 | 26 | 14.1 | 26 | 14.1 | 19 | 10.3 | 34 | 18.4 | 41 | 22.2 | 20 | 10.8 | 18 | 9.7 | 40 | 39 |
| Firearms | 8,481 | 230 | 2.7 | 1,389 | 16.4 | 2,070 | 24.4 | 1,732 | 20.4 | 1,381 | 16.3 | 1,168 | 13.8 | 391 | 4.6 | 120 | 1.4 | 34 | 32 |
| Food and Drug | 48 | 0 | 0.0 | 1 | 2.1 | 5 | 10.4 | 6 | 12.5 | 3 | 6.3 | 12 | 25.0 | 10 | 20.8 | 11 | 22.9 | 48 | 48 |
| Forgery/Counter/Copyright | 276 | 8 | 2.9 | 53 | 19.2 | 57 | 20.7 | 38 | 13.8 | 43 | 15.6 | 51 | 18.5 | 18 | 6.5 | 8 | 2.9 | 35 | 33 |
| Fraud/Theft/Embezzlement | 6,387 | 108 | 1.7 | 513 | 8.0 | 835 | 13.1 | 872 | 13.7 | 838 | 13.1 | 1,503 | 23.5 | 1,025 | 16.0 | 693 | 10.9 | 42 | 41 |
| Immigration | 29,350 | 1,133 | 3.9 | 3,797 | 12.9 | 5,237 | 17.8 | 5,801 | 19.8 | 5,180 | 17.6 | 6,128 | 20.9 | 1,765 | 6.0 | 309 | 1.1 | 35 | 34 |
| Individual Rights | 67 | 1 | 1.5 | 1 | 1.5 | 7 | 10.4 | 12 | 17.9 | 9 | 13.4 | 13 | 19.4 | 14 | 20.9 | 10 | 14.9 | 45 | 44 |
| Kidnapping | 96 | 4 | 4.2 | 16 | 16.7 | 16 | 16.7 | 23 | 24.0 | 13 | 13.5 | 16 | 16.7 | 5 | 5.2 | 3 | 3.1 | 35 | 34 |
| Manslaughter | 74 | 4 | 5.4 | 10 | 13.5 | 24 | 32.4 | 17 | 23.0 | 8 | 10.8 | 9 | 12.2 | 0 | 0.0 | 2 | 2.7 | 33 | 30 |
| Money Laundering | 1,177 | 12 | 1.0 | 93 | 7.9 | 150 | 12.7 | 197 | 16.7 | 185 | 15.7 | 288 | 24.5 | 165 | 14.0 | 87 | 7.4 | 41 | 39 |
| Murder | 373 | 8 | 2.1 | 78 | 20.9 | 93 | 24.9 | 54 | 14.5 | 61 | 16.4 | 52 | 13.9 | 20 | 5.4 | 7 | 1.9 | 33 | 31 |
| National Defense | 195 | 10 | 5.1 | 47 | 24.1 | 26 | 13.3 | 24 | 12.3 | 18 | 9.2 | 36 | 18.5 | 23 | 11.8 | 11 | 5.6 | 36 | 34 |
| Obscenity/Other Sex Offenses | 393 | 1 | 0.3 | 24 | 6.1 | 46 | 11.7 | 57 | 14.5 | 69 | 17.6 | 96 | 24.4 | 71 | 18.1 | 29 | 7.4 | 42 | 40 |
| Prison Offenses | 628 | 4 | 0.6 | 58 | 9.2 | 117 | 18.6 | 133 | 21.2 | 122 | 19.4 | 151 | 24.0 | 38 | 6.1 | 5 | 0.8 | 36 | 36 |
| Robbery | 1,825 | 124 | 6.8 | 423 | 23.2 | 420 | 23.0 | 241 | 13.2 | 227 | 12.4 | 216 | 11.8 | 131 | 7.2 | 43 | 2.4 | 33 | 30 |
| Sexual Abuse | 1,165 | 17 | 1.5 | 145 | 12.4 | 214 | 18.4 | 213 | 18.3 | 170 | 14.6 | 222 | 19.1 | 117 | 10.0 | 67 | 5.8 | 38 | 35 |
| Stalking/Harassing | 223 | 6 | 2.7 | 19 | 8.5 | 29 | 13.0 | 38 | 17.0 | 27 | 12.1 | 54 | 24.2 | 34 | 15.2 | 16 | 7.2 | 41 | 39 |
| Tax | 547 | 0 | 0.0 | 3 | 0.5 | 9 | 1.6 | 48 | 8.8 | 65 | 11.9 | 159 | 29.1 | 134 | 24.5 | 129 | 23.6 | 51 | 50 |
| Other | 996 | 51 | 5.1 | 218 | 21.9 | 208 | 20.9 | 154 | 15.5 | 114 | 11.4 | 148 | 14.9 | 73 | 7.3 | 30 | 3.0 | 34 | 31 |

[1] Of the 76,538 cases, 53 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

[2] Of the 2,398 offenders under 21, one involved an offender under the age of 18 at the time of sentencing.

SOURCE: U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

Table 7

AGE OF FEDERAL OFFENDERS BY TYPE OF CRIME[1]
Fiscal Year 2018

| TYPE OF CRIME | TOTAL | Under 21[2] N | Under 21[2] % | 21 to 25 N | 21 to 25 % | 26 to 30 N | 26 to 30 % | 31 to 35 N | 31 to 35 % | 36 to 40 N | 36 to 40 % | 41 to 50 N | 41 to 50 % | 51 to 60 N | 51 to 60 % | Over 60 N | Over 60 % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 69,368 | 2,175 | 3.1 | 9,212 | 13.3 | 12,526 | 18.1 | 12,588 | 18.1 | 11,217 | 16.2 | 13,743 | 19.8 | 5,743 | 8.3 | 2,164 | 3.1 | 36 | 35 |
| Administration of Justice | 730 | 22 | 3.0 | 104 | 14.2 | 138 | 18.9 | 117 | 16.0 | 96 | 13.2 | 132 | 18.1 | 85 | 11.6 | 36 | 4.9 | 37 | 35 |
| Antitrust | 53 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 3 | 5.7 | 2 | 3.8 | 14 | 26.4 | 12 | 22.6 | 22 | 41.5 | 56 | 57 |
| Arson | 55 | 0 | 0.0 | 9 | 16.4 | 12 | 21.8 | 5 | 9.1 | 11 | 20.0 | 11 | 20.0 | 5 | 9.1 | 2 | 3.6 | 38 | 37 |
| Assault | 691 | 27 | 3.9 | 168 | 24.3 | 152 | 22.0 | 136 | 19.7 | 86 | 12.4 | 77 | 11.1 | 34 | 4.9 | 11 | 1.6 | 32 | 30 |
| Bribery/Corruption | 316 | 0 | 0.0 | 6 | 1.9 | 12 | 3.8 | 26 | 8.2 | 34 | 10.8 | 100 | 31.6 | 95 | 30.1 | 43 | 13.6 | 49 | 49 |
| Burglary/Trespass | 41 | 4 | 9.8 | 2 | 4.9 | 7 | 17.1 | 6 | 14.6 | 6 | 14.6 | 12 | 29.3 | 4 | 9.8 | 0 | 0.0 | 36 | 37 |
| Child Pornography | 1,416 | 14 | 1.0 | 116 | 8.2 | 203 | 14.3 | 206 | 14.5 | 213 | 15.0 | 317 | 22.4 | 209 | 14.8 | 138 | 9.7 | 41 | 39 |
| Commercialized Vice | 146 | 1 | 0.7 | 9 | 6.2 | 18 | 12.3 | 14 | 9.6 | 23 | 15.8 | 37 | 25.3 | 24 | 16.4 | 20 | 13.7 | 44 | 44 |
| Drug Possession | 768 | 76 | 9.9 | 190 | 24.7 | 158 | 20.6 | 128 | 16.7 | 90 | 11.7 | 76 | 9.9 | 39 | 5.1 | 11 | 1.4 | 31 | 29 |
| Drug Trafficking | 18,746 | 610 | 3.3 | 2,437 | 13.0 | 3,431 | 18.3 | 3,541 | 18.9 | 3,217 | 17.2 | 3,757 | 20.0 | 1,363 | 7.3 | 390 | 2.1 | 36 | 35 |
| Environmental | 200 | 3 | 1.5 | 4 | 2.0 | 19 | 9.5 | 21 | 10.5 | 25 | 12.5 | 45 | 22.5 | 49 | 24.5 | 34 | 17.0 | 46 | 46 |
| Extortion/Racketeering | 288 | 1 | 0.3 | 29 | 10.1 | 48 | 16.7 | 56 | 19.4 | 49 | 17.0 | 57 | 19.8 | 32 | 11.1 | 16 | 5.6 | 39 | 37 |
| Firearms | 7,512 | 209 | 2.8 | 1,309 | 17.4 | 1,882 | 25.1 | 1,541 | 20.5 | 1,153 | 15.3 | 996 | 13.3 | 336 | 4.5 | 86 | 1.1 | 33 | 32 |
| Food and Drug | 43 | 0 | 0.0 | 4 | 9.3 | 6 | 14.0 | 4 | 9.3 | 4 | 9.3 | 10 | 23.3 | 8 | 18.6 | 7 | 16.3 | 45 | 47 |
| Forgery/Counter/Copyright | 298 | 10 | 3.4 | 39 | 13.1 | 53 | 17.8 | 61 | 20.5 | 49 | 16.4 | 61 | 20.5 | 20 | 6.7 | 5 | 1.7 | 36 | 34 |
| Fraud/Theft/Embezzlement | 6,614 | 110 | 1.7 | 537 | 8.1 | 818 | 12.4 | 918 | 13.9 | 907 | 13.7 | 1,539 | 23.3 | 1,135 | 17.2 | 650 | 9.8 | 42 | 41 |
| Immigration | 23,882 | 866 | 3.6 | 3,056 | 12.8 | 4,266 | 17.9 | 4,737 | 19.8 | 4,185 | 17.5 | 5,085 | 21.3 | 1,412 | 5.9 | 275 | 1.2 | 35 | 34 |
| Individual Rights | 67 | 1 | 1.5 | 3 | 4.5 | 8 | 11.9 | 10 | 14.9 | 8 | 11.9 | 20 | 29.9 | 14 | 20.9 | 3 | 4.5 | 42 | 42 |
| Kidnapping | 106 | 5 | 4.7 | 22 | 20.8 | 23 | 21.7 | 17 | 16.0 | 17 | 16.0 | 11 | 10.4 | 7 | 6.6 | 4 | 3.8 | 34 | 32 |
| Manslaughter | 61 | 3 | 4.9 | 18 | 29.5 | 14 | 23.0 | 6 | 9.8 | 5 | 8.2 | 8 | 13.1 | 5 | 8.2 | 2 | 3.3 | 33 | 29 |
| Money Laundering | 1,297 | 9 | 0.7 | 86 | 6.6 | 166 | 12.8 | 203 | 15.7 | 203 | 15.7 | 342 | 26.4 | 179 | 13.8 | 109 | 8.4 | 42 | 40 |
| Murder | 318 | 12 | 3.8 | 62 | 19.5 | 82 | 25.8 | 50 | 15.7 | 54 | 17.0 | 33 | 10.4 | 18 | 5.7 | 7 | 2.2 | 33 | 31 |
| National Defense | 204 | 16 | 7.8 | 45 | 22.1 | 44 | 21.6 | 25 | 12.3 | 21 | 10.3 | 29 | 14.2 | 14 | 6.9 | 10 | 4.9 | 34 | 30 |
| Obscenity/Other Sex Offenses | 384 | 2 | 0.5 | 22 | 5.7 | 45 | 11.7 | 52 | 13.5 | 70 | 18.2 | 93 | 24.2 | 72 | 18.8 | 28 | 7.3 | 42 | 41 |
| Prison Offenses | 568 | 4 | 0.7 | 51 | 9.0 | 115 | 20.2 | 115 | 20.2 | 120 | 21.1 | 125 | 22.0 | 29 | 5.1 | 9 | 1.6 | 36 | 35 |
| Robbery | 1,720 | 90 | 5.2 | 435 | 25.3 | 345 | 20.1 | 219 | 12.7 | 212 | 12.3 | 243 | 14.1 | 137 | 8.0 | 39 | 2.3 | 34 | 30 |
| Sexual Abuse | 1,067 | 19 | 1.8 | 164 | 15.4 | 206 | 19.3 | 178 | 16.7 | 154 | 14.4 | 167 | 15.7 | 126 | 11.8 | 53 | 5.0 | 37 | 34 |
| Stalking/Harassing | 213 | 5 | 2.3 | 14 | 6.6 | 36 | 16.9 | 36 | 16.9 | 35 | 16.4 | 58 | 27.2 | 20 | 9.4 | 9 | 4.2 | 39 | 38 |
| Tax | 577 | 0 | 0.0 | 2 | 0.3 | 17 | 2.9 | 40 | 6.9 | 74 | 12.8 | 171 | 29.6 | 166 | 28.8 | 107 | 18.5 | 50 | 49 |
| Other | 987 | 56 | 5.7 | 269 | 27.3 | 202 | 20.5 | 117 | 11.9 | 94 | 9.5 | 117 | 11.9 | 94 | 9.5 | 38 | 3.9 | 34 | 30 |

[1] Of the 69,425 cases, 57 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

[2] Of the 2,175 offenders under 21, none involved an offender under the age of 18 at the time of sentencing.

SOURCE: U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

Table 6

## AGE OF OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2017

| PRIMARY OFFENSE | TOTAL | Under 21 N | Under 21 % | 21 to 25 N | 21 to 25 % | 26 to 30 N | 26 to 30 % | 31 to 35 N | 31 to 35 % | 36 to 40 N | 36 to 40 % | 41 to 50 N | 41 to 50 % | Over 50 N | Over 50 % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 66,788 | 2,078 | 3.1 | 8,923 | 13.4 | 11,915 | 17.8 | 12,047 | 18.0 | 10,621 | 15.9 | 13,120 | 19.6 | 8,084 | 12.1 | 37 | 35 |
| Murder | 72 | 4 | 5.6 | 22 | 30.6 | 10 | 13.9 | 11 | 15.3 | 7 | 9.7 | 10 | 13.9 | 8 | 11.1 | 34 | 31 |
| Manslaughter | 62 | 6 | 9.7 | 9 | 14.5 | 14 | 22.6 | 10 | 16.1 | 5 | 8.1 | 9 | 14.5 | 9 | 14.5 | 35 | 32 |
| Kidnapping/Hostage Taking | 62 | 7 | 11.3 | 15 | 24.2 | 6 | 9.7 | 10 | 16.1 | 10 | 16.1 | 11 | 17.7 | 3 | 4.8 | 32 | 32 |
| Sexual Abuse | 649 | 28 | 4.3 | 118 | 18.2 | 137 | 21.1 | 97 | 14.9 | 78 | 12.0 | 108 | 16.6 | 83 | 12.8 | 35 | 32 |
| Assault | 787 | 39 | 5.0 | 122 | 15.5 | 189 | 24.0 | 151 | 19.2 | 98 | 12.5 | 111 | 14.1 | 77 | 9.8 | 34 | 32 |
| Robbery | 650 | 27 | 4.2 | 89 | 13.7 | 108 | 16.6 | 108 | 16.6 | 83 | 12.8 | 129 | 19.8 | 106 | 16.3 | 37 | 35 |
| Arson | 40 | 2 | 5.0 | 4 | 10.0 | 4 | 10.0 | 4 | 10.0 | 6 | 15.0 | 12 | 30.0 | 8 | 20.0 | 41 | 41 |
| Drugs - Trafficking | 19,043 | 619 | 3.3 | 2,518 | 13.2 | 3,548 | 18.6 | 3,529 | 18.5 | 3,230 | 17.0 | 3,762 | 19.8 | 1,837 | 9.6 | 36 | 35 |
| Drugs - Communication Facility | 263 | 2 | 0.8 | 29 | 11.0 | 42 | 16.0 | 53 | 20.2 | 59 | 22.4 | 47 | 17.9 | 31 | 11.8 | 37 | 36 |
| Drugs - Simple Possession | 1,295 | 194 | 15.0 | 340 | 26.3 | 261 | 20.2 | 169 | 13.1 | 137 | 10.6 | 135 | 10.4 | 59 | 4.6 | 30 | 27 |
| Firearms | 8,064 | 243 | 3.0 | 1,614 | 20.0 | 1,949 | 24.2 | 1,600 | 19.8 | 1,178 | 14.6 | 1,004 | 12.5 | 476 | 5.9 | 33 | 31 |
| Burglary/B&E | 33 | 4 | 12.1 | 3 | 9.1 | 8 | 24.2 | 13 | 39.4 | 0 | 0.0 | 2 | 6.1 | 3 | 9.1 | 32 | 31 |
| Auto Theft | 64 | 12 | 18.8 | 11 | 17.2 | 12 | 18.8 | 8 | 12.5 | 7 | 10.9 | 6 | 9.4 | 8 | 12.5 | 32 | 30 |
| Larceny | 804 | 32 | 4.0 | 96 | 11.9 | 94 | 11.7 | 100 | 12.4 | 92 | 11.4 | 197 | 24.5 | 193 | 24.0 | 41 | 40 |
| Fraud | 6,029 | 52 | 0.9 | 400 | 6.6 | 755 | 12.5 | 792 | 13.1 | 815 | 13.5 | 1,467 | 24.3 | 1,748 | 29.0 | 43 | 42 |
| Embezzlement | 395 | 11 | 2.8 | 34 | 8.6 | 38 | 9.6 | 47 | 11.9 | 52 | 13.2 | 89 | 22.5 | 124 | 31.4 | 43 | 43 |
| Forgery/Counterfeiting | 371 | 15 | 4.0 | 44 | 11.9 | 72 | 19.4 | 60 | 16.2 | 61 | 16.4 | 77 | 20.8 | 42 | 11.3 | 36 | 34 |
| Bribery | 155 | 0 | 0.0 | 6 | 3.9 | 9 | 5.8 | 12 | 7.7 | 18 | 11.6 | 47 | 30.3 | 63 | 40.6 | 48 | 48 |
| Tax | 433 | 0 | 0.0 | 2 | 0.5 | 6 | 1.4 | 24 | 5.5 | 43 | 9.9 | 108 | 24.9 | 250 | 57.7 | 53 | 53 |
| Money Laundering | 679 | 2 | 0.3 | 39 | 5.7 | 76 | 11.2 | 119 | 17.5 | 112 | 16.5 | 174 | 25.6 | 157 | 23.1 | 42 | 40 |
| Racketeering/Extortion | 940 | 45 | 4.8 | 242 | 25.7 | 200 | 21.3 | 126 | 13.4 | 116 | 12.3 | 130 | 13.8 | 81 | 8.6 | 33 | 30 |
| Gambling/Lottery | 47 | 0 | 0.0 | 1 | 2.1 | 2 | 4.3 | 4 | 8.5 | 7 | 14.9 | 15 | 31.9 | 18 | 38.3 | 48 | 45 |
| Civil Rights | 56 | 0 | 0.0 | 4 | 7.1 | 7 | 12.5 | 9 | 16.1 | 12 | 21.4 | 14 | 25.0 | 10 | 17.9 | 40 | 37 |
| Immigration | 20,420 | 626 | 3.1 | 2,460 | 12.0 | 3,549 | 17.4 | 4,126 | 20.2 | 3,683 | 18.0 | 4,372 | 21.4 | 1,604 | 7.9 | 36 | 35 |
| Child Pornography | 1,810 | 16 | 0.9 | 163 | 9.0 | 288 | 15.9 | 296 | 16.4 | 236 | 13.0 | 379 | 20.9 | 432 | 23.9 | 41 | 38 |
| Prison Offenses | 522 | 1 | 0.2 | 70 | 13.4 | 108 | 20.7 | 112 | 21.5 | 98 | 18.8 | 96 | 18.4 | 37 | 7.1 | 35 | 34 |
| Administration of Justice Offenses | 1,063 | 16 | 1.5 | 103 | 9.7 | 155 | 14.6 | 169 | 15.9 | 153 | 14.4 | 236 | 22.2 | 231 | 21.7 | 40 | 38 |
| Environmental/Wildlife | 108 | 1 | 0.9 | 6 | 5.6 | 4 | 3.7 | 10 | 9.3 | 7 | 6.5 | 34 | 31.5 | 46 | 42.6 | 48 | 49 |
| National Defense | 89 | 3 | 3.4 | 18 | 20.2 | 8 | 9.0 | 11 | 12.4 | 15 | 16.9 | 13 | 14.6 | 21 | 23.6 | 38 | 36 |
| Antitrust | 31 | 0 | 0.0 | 1 | 3.2 | 2 | 6.5 | 1 | 3.2 | 2 | 6.5 | 9 | 29.0 | 16 | 51.6 | 51 | 55 |
| Food & Drug | 86 | 1 | 1.2 | 3 | 3.5 | 12 | 14.0 | 14 | 16.3 | 13 | 15.1 | 17 | 19.8 | 26 | 30.2 | 43 | 41 |
| Other Miscellaneous Offenses | 1,666 | 70 | 4.2 | 337 | 20.2 | 242 | 14.5 | 252 | 15.1 | 188 | 11.3 | 300 | 18.0 | 277 | 16.6 | 37 | 34 |

[1] Of the 66,873 cases, 85 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2017 Datafile, USSCFY17.

Table 6

AGE OF OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
Fiscal Year 2016

| PRIMARY OFFENSE | TOTAL | Under 21 N | Under 21 % | 21 to 25 N | 21 to 25 % | 26 to 30 N | 26 to 30 % | 31 to 35 N | 31 to 35 % | 36 to 40 N | 36 to 40 % | 41 to 50 N | 41 to 50 % | Over 50 N | Over 50 % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 67,661 | 2,314 | 3.4 | 9,170 | 13.6 | 11,720 | 17.3 | 12,259 | 18.1 | 10,641 | 15.7 | 13,222 | 19.5 | 8,335 | 12.3 | 37 | 35 |
| Murder | 85 | 3 | 3.5 | 13 | 15.3 | 12 | 14.1 | 15 | 17.6 | 9 | 10.6 | 21 | 24.7 | 12 | 14.1 | 37 | 35 |
| Manslaughter | 57 | 3 | 5.3 | 10 | 17.5 | 9 | 15.8 | 18 | 31.6 | 3 | 5.3 | 10 | 17.5 | 4 | 7.0 | 34 | 32 |
| Kidnapping/Hostage Taking | 39 | 2 | 5.1 | 7 | 17.9 | 5 | 12.8 | 10 | 25.6 | 5 | 12.8 | 8 | 20.5 | 2 | 5.1 | 34 | 34 |
| Sexual Abuse | 620 | 25 | 4.0 | 118 | 19.0 | 134 | 21.6 | 82 | 13.2 | 61 | 9.8 | 95 | 15.3 | 105 | 16.9 | 36 | 33 |
| Assault | 806 | 45 | 5.6 | 158 | 19.6 | 161 | 20.0 | 145 | 18.0 | 115 | 14.3 | 114 | 14.1 | 68 | 8.4 | 34 | 32 |
| Robbery | 702 | 27 | 3.8 | 109 | 15.5 | 114 | 16.2 | 99 | 14.1 | 101 | 14.4 | 139 | 19.8 | 113 | 16.1 | 37 | 36 |
| Arson | 46 | 1 | 2.2 | 8 | 17.4 | 13 | 28.3 | 9 | 19.6 | 5 | 10.9 | 5 | 10.9 | 5 | 10.9 | 34 | 31 |
| Drugs - Trafficking | 19,232 | 649 | 3.4 | 2,759 | 14.3 | 3,343 | 17.4 | 3,627 | 18.9 | 3,195 | 16.6 | 3,791 | 19.7 | 1,868 | 9.7 | 36 | 34 |
| Drugs - Communication Facility | 271 | 6 | 2.2 | 24 | 8.9 | 38 | 14.0 | 75 | 27.7 | 50 | 18.5 | 49 | 18.1 | 29 | 10.7 | 37 | 35 |
| Drugs - Simple Possession | 1,877 | 335 | 17.8 | 516 | 27.5 | 382 | 20.4 | 246 | 13.1 | 174 | 9.3 | 149 | 7.9 | 75 | 4.0 | 29 | 26 |
| Firearms | 7,305 | 212 | 2.9 | 1,460 | 20.0 | 1,730 | 23.7 | 1,509 | 20.7 | 1,005 | 13.8 | 940 | 12.9 | 449 | 6.1 | 33 | 31 |
| Burglary/B&E | 23 | 4 | 17.4 | 8 | 34.8 | 7 | 30.4 | 3 | 13.0 | 1 | 4.3 | 0 | 0.0 | 0 | 0.0 | 26 | 25 |
| Auto Theft | 45 | 6 | 13.3 | 12 | 26.7 | 4 | 8.9 | 5 | 11.1 | 3 | 6.7 | 14 | 31.1 | 1 | 2.2 | 33 | 31 |
| Larceny | 1,032 | 28 | 2.7 | 88 | 8.5 | 140 | 13.6 | 122 | 11.8 | 136 | 13.2 | 215 | 20.8 | 303 | 29.4 | 42 | 41 |
| Fraud | 6,511 | 76 | 1.2 | 478 | 7.3 | 783 | 12.0 | 875 | 13.4 | 948 | 14.6 | 1,575 | 24.2 | 1,776 | 27.3 | 42 | 41 |
| Embezzlement | 320 | 3 | 0.9 | 16 | 5.0 | 34 | 10.6 | 24 | 7.5 | 47 | 14.7 | 89 | 27.8 | 107 | 33.4 | 45 | 45 |
| Forgery/Counterfeiting | 450 | 3 | 0.7 | 74 | 16.4 | 94 | 20.9 | 85 | 18.9 | 70 | 15.6 | 76 | 16.9 | 48 | 10.7 | 35 | 34 |
| Bribery | 197 | 0 | 0.0 | 3 | 1.5 | 7 | 3.6 | 17 | 8.6 | 21 | 10.7 | 52 | 26.4 | 97 | 49.2 | 50 | 50 |
| Tax | 523 | 2 | 0.4 | 6 | 1.1 | 16 | 3.1 | 39 | 7.5 | 53 | 10.1 | 143 | 27.3 | 264 | 50.5 | 50 | 51 |
| Money Laundering | 724 | 7 | 1.0 | 51 | 7.0 | 80 | 11.0 | 103 | 14.2 | 107 | 14.8 | 190 | 26.2 | 186 | 25.7 | 42 | 41 |
| Racketeering/Extortion | 914 | 31 | 3.4 | 170 | 18.6 | 190 | 20.8 | 156 | 17.1 | 116 | 12.7 | 157 | 17.2 | 94 | 10.3 | 35 | 32 |
| Gambling/Lottery | 74 | 0 | 0.0 | 1 | 1.4 | 9 | 12.2 | 9 | 12.2 | 8 | 10.8 | 21 | 28.4 | 26 | 35.1 | 46 | 44 |
| Civil Rights | 42 | 2 | 4.8 | 4 | 9.5 | 2 | 4.8 | 7 | 16.7 | 3 | 7.1 | 16 | 38.1 | 8 | 19.0 | 41 | 42 |
| Immigration | 20,051 | 725 | 3.6 | 2,379 | 11.9 | 3,521 | 17.6 | 4,111 | 20.5 | 3,636 | 18.1 | 4,206 | 21.0 | 1,473 | 7.3 | 36 | 35 |
| Child Pornography | 1,937 | 24 | 1.2 | 172 | 8.9 | 282 | 14.6 | 313 | 16.2 | 256 | 13.2 | 422 | 21.8 | 468 | 24.2 | 41 | 39 |
| Prison Offenses | 475 | 3 | 0.6 | 68 | 14.3 | 115 | 24.2 | 94 | 19.8 | 98 | 20.6 | 69 | 14.5 | 28 | 5.9 | 34 | 33 |
| Administration of Justice Offenses | 1,041 | 10 | 1.0 | 77 | 7.4 | 156 | 15.0 | 154 | 14.8 | 153 | 14.7 | 273 | 26.2 | 218 | 20.9 | 41 | 39 |
| Environmental/Wildlife | 154 | 1 | 0.6 | 4 | 2.6 | 9 | 5.8 | 15 | 9.7 | 15 | 9.7 | 35 | 22.7 | 75 | 48.7 | 49 | 50 |
| National Defense | 100 | 3 | 3.0 | 15 | 15.0 | 16 | 16.0 | 15 | 15.0 | 8 | 8.0 | 23 | 23.0 | 20 | 20.0 | 39 | 36 |
| Antitrust | 21 | 0 | 0.0 | 0 | 0.0 | 1 | 4.8 | 0 | 0.0 | 1 | 4.8 | 5 | 23.8 | 14 | 66.7 | 55 | 55 |
| Food & Drug | 114 | 0 | 0.0 | 2 | 1.8 | 7 | 6.1 | 6 | 5.3 | 17 | 14.9 | 31 | 27.2 | 51 | 44.7 | 49 | 48 |
| Other Miscellaneous Offenses | 1,873 | 78 | 4.2 | 360 | 19.2 | 306 | 16.3 | 271 | 14.5 | 221 | 11.8 | 289 | 15.4 | 348 | 18.6 | 37 | 34 |

[1] Of the 67,742 cases, 81 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

Table 6

# AGE OF OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
## Fiscal Year 2015

| PRIMARY OFFENSE | TOTAL | Under 21 N | Under 21 % | 21 to 25 N | 21 to 25 % | 26 to 30 N | 26 to 30 % | 31 to 35 N | 31 to 35 % | 36 to 40 N | 36 to 40 % | 41 to 50 N | 41 to 50 % | Over 50 N | Over 50 % | Mean | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 70,877 | 2,278 | 3.2 | 9,674 | 13.6 | 12,528 | 17.7 | 13,013 | 18.4 | 10,799 | 15.2 | 13,926 | 19.6 | 8,659 | 12.2 | 36 | 35 |
| Murder | 93 | 2 | 2.2 | 15 | 16.1 | 12 | 12.9 | 15 | 16.1 | 17 | 18.3 | 22 | 23.7 | 10 | 10.8 | 36 | 36 |
| Manslaughter | 52 | 3 | 5.8 | 9 | 17.3 | 10 | 19.2 | 11 | 21.2 | 9 | 17.3 | 6 | 11.5 | 4 | 7.7 | 34 | 32 |
| Kidnapping/Hostage Taking | 43 | 3 | 7.0 | 10 | 23.3 | 9 | 20.9 | 8 | 18.6 | 4 | 9.3 | 7 | 16.3 | 2 | 4.7 | 32 | 30 |
| Sexual Abuse | 528 | 21 | 4.0 | 105 | 19.9 | 107 | 20.3 | 85 | 16.1 | 59 | 11.2 | 74 | 14.0 | 77 | 14.6 | 36 | 32 |
| Assault | 756 | 34 | 4.5 | 161 | 21.3 | 162 | 21.4 | 118 | 15.6 | 101 | 13.4 | 112 | 14.8 | 68 | 9.0 | 34 | 31 |
| Robbery | 739 | 29 | 3.9 | 111 | 15.0 | 114 | 15.4 | 107 | 14.5 | 87 | 11.8 | 177 | 24.0 | 114 | 15.4 | 37 | 36 |
| Arson | 59 | 1 | 1.7 | 10 | 16.9 | 8 | 13.6 | 13 | 22.0 | 5 | 8.5 | 8 | 13.6 | 14 | 23.7 | 38 | 34 |
| Drugs - Trafficking | 20,038 | 580 | 2.9 | 2,878 | 14.4 | 3,755 | 18.7 | 4,020 | 20.1 | 3,271 | 16.3 | 3,676 | 18.3 | 1,858 | 9.3 | 35 | 34 |
| Drugs - Communication Facility | 316 | 7 | 2.2 | 34 | 10.8 | 53 | 16.8 | 62 | 19.6 | 52 | 16.5 | 65 | 20.6 | 43 | 13.6 | 37 | 36 |
| Drugs - Simple Possession | 2,258 | 344 | 15.2 | 623 | 27.6 | 439 | 19.4 | 325 | 14.4 | 236 | 10.5 | 211 | 9.3 | 80 | 3.5 | 29 | 27 |
| Firearms | 7,068 | 241 | 3.4 | 1,423 | 20.1 | 1,674 | 23.7 | 1,458 | 20.6 | 943 | 13.3 | 915 | 12.9 | 414 | 5.9 | 33 | 31 |
| Burglary/B&E | 36 | 8 | 22.2 | 9 | 25.0 | 6 | 16.7 | 4 | 11.1 | 3 | 8.3 | 6 | 16.7 | 0 | 0.0 | 29 | 27 |
| Auto Theft | 62 | 5 | 8.1 | 20 | 32.3 | 11 | 17.7 | 5 | 8.1 | 4 | 6.5 | 10 | 16.1 | 7 | 11.3 | 33 | 29 |
| Larceny | 909 | 24 | 2.6 | 79 | 8.7 | 109 | 12.0 | 125 | 13.8 | 111 | 12.2 | 202 | 22.2 | 259 | 28.5 | 42 | 41 |
| Fraud | 7,412 | 93 | 1.3 | 530 | 7.2 | 866 | 11.7 | 1,041 | 14.0 | 1,026 | 13.8 | 1,931 | 26.1 | 1,925 | 26.0 | 42 | 41 |
| Embezzlement | 342 | 1 | 0.3 | 15 | 4.4 | 30 | 8.8 | 37 | 10.8 | 45 | 13.2 | 98 | 28.7 | 116 | 33.9 | 45 | 44 |
| Forgery/Counterfeiting | 510 | 9 | 1.8 | 103 | 20.2 | 105 | 20.6 | 103 | 20.2 | 65 | 12.7 | 78 | 15.3 | 47 | 9.2 | 34 | 32 |
| Bribery | 217 | 0 | 0.0 | 4 | 1.8 | 23 | 10.6 | 19 | 8.8 | 15 | 6.9 | 77 | 35.5 | 79 | 36.4 | 47 | 46 |
| Tax | 561 | 1 | 0.2 | 3 | 0.5 | 15 | 2.7 | 43 | 7.7 | 62 | 11.1 | 158 | 28.2 | 279 | 49.7 | 50 | 50 |
| Money Laundering | 669 | 5 | 0.7 | 43 | 6.4 | 78 | 11.7 | 90 | 13.5 | 100 | 14.9 | 168 | 25.1 | 185 | 27.7 | 43 | 41 |
| Racketeering/Extortion | 1,006 | 37 | 3.7 | 176 | 17.5 | 186 | 18.5 | 147 | 14.6 | 126 | 12.5 | 181 | 18.0 | 153 | 15.2 | 37 | 34 |
| Gambling/Lottery | 77 | 1 | 1.3 | 0 | 0.0 | 3 | 3.9 | 5 | 6.5 | 13 | 16.9 | 18 | 23.4 | 37 | 48.1 | 50 | 48 |
| Civil Rights | 48 | 0 | 0.0 | 4 | 8.3 | 10 | 20.8 | 12 | 25.0 | 8 | 16.7 | 10 | 20.8 | 4 | 8.3 | 37 | 35 |
| Immigration | 20,762 | 658 | 3.2 | 2,447 | 11.8 | 3,795 | 18.3 | 4,234 | 20.4 | 3,679 | 17.7 | 4,407 | 21.2 | 1,542 | 7.4 | 36 | 35 |
| Child Pornography | 1,903 | 18 | 0.9 | 191 | 10.0 | 303 | 15.9 | 273 | 14.3 | 232 | 12.2 | 422 | 22.2 | 464 | 24.4 | 41 | 39 |
| Prison Offenses | 485 | 6 | 1.2 | 63 | 13.0 | 102 | 21.0 | 123 | 25.4 | 76 | 15.7 | 84 | 17.3 | 31 | 6.4 | 35 | 33 |
| Administration of Justice Offenses | 1,175 | 25 | 2.1 | 114 | 9.7 | 151 | 12.9 | 176 | 15.0 | 161 | 13.7 | 285 | 24.3 | 263 | 22.4 | 41 | 39 |
| Environmental/Wildlife | 154 | 2 | 1.3 | 10 | 6.5 | 6 | 3.9 | 11 | 7.1 | 18 | 11.7 | 42 | 27.3 | 65 | 42.2 | 47 | 48 |
| National Defense | 100 | 5 | 5.0 | 15 | 15.0 | 15 | 15.0 | 13 | 13.0 | 14 | 14.0 | 21 | 21.0 | 17 | 17.0 | 38 | 36 |
| Antitrust | 15 | 0 | 0.0 | 1 | 6.7 | 0 | 0.0 | 1 | 6.7 | 0 | 0.0 | 1 | 6.7 | 12 | 80.0 | 53 | 56 |
| Food & Drug | 147 | 2 | 1.4 | 6 | 4.1 | 12 | 8.2 | 23 | 15.6 | 14 | 9.5 | 39 | 26.5 | 51 | 34.7 | 46 | 44 |
| Other Miscellaneous Offenses | 2,337 | 113 | 4.8 | 462 | 19.8 | 359 | 15.4 | 306 | 13.1 | 243 | 10.4 | 415 | 17.8 | 439 | 18.8 | 37 | 34 |

[1] Of the 71,003 cases, 126 were excluded due to missing information on offender's age. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2015 Datafile, USSCFY15.