| Def. Name | Docket No. | Sentencing Year | Sentence (MO) | Def.'s Relationship to Victims | # of Victims | Victim Ages | Online/In-Person | District | Appellate Review |
|---|---|---|---|---|---|---|---|---|---|
| Seaway, Clif | 16-CR-339/440 | 2018 | 4320 | | 8 | toddler and unknown | In Person | NDNY | 801 Fed. Appx 2738 (2d Cir. 2020) (aff'd on other grounds) |
| Kopp, Jason | 16-CR-108 | 2016 | 2820 | | 3 | 1, 10, 16 | In Person | NDNY | 712 Fed. App 117 (2d Cir. 2018) (aff'd on other grounds) |
| Vaisey, Nicole | 14-CR-340 | 2015 | 3600 | | 6 | 5 to 11 | In Person | NDNY | None |
| Howells, Stephen | 14-CR-340 | 2015 | 6960 | | 6 | 5 to 11 | in person | NDNY | 676 Fed App'x 55 (2d Cir. 2017) (sentence was not substantively or procedurally unreasonable) |
| Hamilton, Wayne | 11-CR-555 | 2012 | 1800 | | 5 | 3, 4, 7, 9, 13 | In Person | NDNY | aff'd 548 Fed. App'x 728 (2d Cir. 2013) (sentence was not substantively or procedurally unreasonabe) |
| Davis, William | 07-CR-468 | 2009 | 1440 | | 1 | prepubescent | In Person | SDNY | aff'd 624 F.3d 508 (2d Cir. 2010)(aff'd on other grounds) |
| Efrain, Rosa | 07-CR-443 | 2009 | 1440 | | 4 | 4, 8, 9, 12 | In Person | NDNY | 626 F3d 56 (2d Cir. 2010)(aff'd on other grounds) |