| Def. Name | Docket No. | Sentencing Year | Sentence (MO) | Def.'s Relationship to Victims | # of Victims | Victim Age Categories | Victim Ages | Online/In-Person | District |
|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Romeo | 2:17-cr-136 | 2019 | Life + 10 | | more than 2 | teen | | | MD Fl |
| Williamson, Brett | 18-26667 | 2015 | LIFE | | 1 | teen | 13 | online | D Kan |
| Zhinin, Sandro | 17-383 | 2019 | Life | | 1 | prepubescent | 11 | | EDPA |
| Deshpande, Deepak | 6:18-cr-131 | 2019 | Life | | 2 | Teen | 16 | In Person | MD Fl |
| Clark, Ricky | 1:16-cr-219 | 2019 | Life | | 3 | Prepubescent | | Both | SD IN |
| McGavitt, George | 4:19-cr-649 | 2020 | Life | | 1 | Teen | 13 | In Person | SD Tx |
| Jamieson, Lawrence | 17-113-01 | 2018 | LIFE | | 1 | Post-Pubescent | 15 | In Person | ED PA |
| Maffei, Matthew | 16-511 | 2018 | LIFE | | 2 | Prepubescent | 4, 7 | In Person | ED PA |
| Wilson, James H. | 2:09CR20063 | 2010 | LIFE | | 2 | Prepubescent, Teenager | began at age 6 and 7 | In Person | ARW |
| Harrod, Allen | 03-CR-00384-S | 2009 | LIFE | | 5 | Prepubescent, Teenager | began at ages 6, 8, 15, 15, 15 | In Person | CAE |
| LaBrecque, Michael | 03-CR-00384-S | 2009 | LIFE | | 4 | Prepubescent | began at ages 6, 6, 7 and 8 | In Person | CAE |
| Robinson, Tabitha D. | 08-CR-30234-GPM-DGW | 2009 | LIFE | | 2 | Toddler, Prepubescent | 3, 11 | In Person | ILS |
| Masulla, Louise | 08-CR-30234-GPM-DGW | 2009 | LIFE | | 2 | Toddler, Prepubescent | 3, 11 | In Person | ILS |
| Milligan, William | 08-CR-30234-GPM-DGW | 2009 | LIFE | | 2 | Toddler, Prepubescent | 3, 11 | In Person | ILS |
| Davison, Jesse Aaron | 10-CR-00632 | 2011 | LIFE | | 1 | Unknown | Unk. | In Person | MD |
| Goodale, Michael | 738 F.3d 917 (8th Cir. 2013) | 2012 | life | | 2 | Teen | 13 | In person | NDID |
| Ayers, Patricia Allana | 14-CR-00117-LSC-SGC-5 | 2014 | 19080 | | 1 | Prepubescent | under 10 | In Person | ALN |
| Falgout III, Pierre Ernest | 6:07-CR-00157-RDP-RRA | 2008 | 11520 | | 4 | Toddler | under age 4 | In Person | ALN |
| Ayers, Matthew David | 14-CR-00117-LSC-SGC-5 | 2014 | 9000 | | 1 | Prepubescent | under 10 | In Person | ALN |
| Miller, Matthew | 7:19-cr-310 | 2020 | 7200 | | 2 | Infant, Toddler | 2, 4 | In Person | ND Al |

| Name | Case | Year | | # | Victim Age | Ages | Contact | District |
|---|---|---|---|---|---|---|---|---|
| McKim, Christine Staggs | 08-CR-00313-IPJ-RRA-2 | 2009 | 5400 | 2 | Prepubescent | 2, 4 | In Person | ALN |
| McGrath, Andrew | 1:09-CR-0169-L/F | 2010 | 4440 | 4 | Unknown | unk. | In Person | INS |
| Tatro, Joshua Adam | 15-CR-00176-ORL | 2016 | 4200 | 1 | Toddler | 3 | In Person | FLM |
| Eric Stull | 16-cr-125 | 2018 | 4056 | 1 | Prepubescent | began at age 2 - continued until 10 | | WD Pa |
| Hayes, Gordon Elton | 4:07-CR-00062-IPJ-TMP | 2007 | 3720 | 3 | Unknown | Unk. | | ALN |
| Kowalczyk, Andrew | 3:08-cr-95 | 2019 | 3240 | 3 | Toddler, Prepubescent | 2, 8 | In Person | D Or |
| Goodman, Thomas | 18-141 | 2019 | 3120 | 3 | Infant, Prepubescent | 3 weeks, 6 | In Person | D RI |
| Grigsby, Philip | 12-CR-10174-JTM | 2013 | 3120 | 1 | Unknown | Unk. | In Person | KS |
| Bostic, David Ryan | 1:11-CR-027-JMS-KPF | 2012 | 3060 | 5 | Infant, Prepubescent | Under 5, youngest - 2 months old | In Person | INS |
| Eckstrom, Daniel T. | 13-CR-00084-02 | 2016 | 2880 | 3 | Prepubescent | 8, 8, 9 | In Person | INN |
| Napier, James O. | 13-CR-00016-1 | 2014 | 2880 | 2 | Infant, Prepubescent | 11 months, 9 | In Person | OHS |
| Metzger, David | 09-CR-00188-LJM/KPF1 | 2010 | 2820 | 7 | Prepubescent | 9, 8, 10, 12 | In Person | INS |
| Esposito, Jeffrey | 1:18-cr-109 | 2020 | 2400 | 1 | Prepubescent | 7 | In Person | CD Ind |
| Giaccone, Jay | 17-0004 | 2019 | 2160 | 1 | Teen | 14 | In Person | D RI |
| Rinehart, Timothy | 13-CR-00091-B-DL | 2015 | 2160 | 1 | Toddler | 4 | In Person | TXN |

| Name | Case | Year | Sentence | Count | Victim Age Category | Victim Ages | Contact | District |
|---|---|---|---|---|---|---|---|---|
| Wright, John Allen | 11-CR-00146-SM | 2013 | 1920 | 3 | Toddler, Prepubescent | 4, 5, 8 | In Person | NH |
| Lucero, Ray | 20-cr-84 | 2020 | 1800 | 3 | Infant, Prepubescent | 1, 5, 7 | In Person | D Wy |
| Olmeda, Keith | 09-CR-00030-01-SPM | 2010 | 1800 | 4 | Prepubescent | Between 5 and 10 | In Person | FLN |
| Johnson, Michael | 451 F.3d 1239 (11th Cir. 2006) | 2005 | 1680 | 3 | Prepubescent, Teen | began at 8, 13 and 14 | In Person | MDFL |
| Cizmar, Teotim | 16-20080 | 2018 | 1680 | 2 | prepubescent | | | CD Ill |
| Cownan, Robert Allan | 09-CR-00387-J | 2011 | 1680 | 1 | Prepubescent | 4 | In Person | FLM |
| Wilkinson, William Roger | 14-CR-00168-S-BLW | 2016 | 1560 | 1 | Prepubescent | 8 | In Person | ID |
| Suellentrop, Dennis | 19-1002 | 2018 | 1440 | 1 | Infant | | In Person | ED Mo |
| Kirby, Kyle | 3:15-cr-175 | 2018 | 1440 | 2 | Teen | 13 | In Person | MD Fl |
| Zollman, Timothy Ryan | 15-CR-00167 | 2016 | 1440 | 3 | Prepubescent | 8, 9, 7 | | IAS |
| Martin, Michael Paul | 09-CR-00760 JCH | 2010 | 1440 | 3 | Prepubescent | 2 Under 12 | In Person | MOE |
| Hallman, David Matthew | 12-CR-00010 | 2013 | 1440 | 8 | Toddler, Prepubescent, Teenager | 11, 2, 9, 13, 2, 8, 2, 10 | In Person | NCM |
| Callaway, Harold Bruce | 13-CR-00187-M | 2014 | 1440 | 1 | Prepubescent | 5 | In Person | TXW |
| Cobler, James Robert | 12-CR-00026 | 2013 | 1440 | 1 | Toddler | 4 | In Person | VAW |
| Hodge, Larry Everett | 11-CR-00007-RLY-WGH-3 | 2012 | 1380 | 1 | Prepubescent | 8 | In Person | INS |
| Hodge, Larry Everett | 729 F3d 717 (7th Cir. 2013) | 2012 | 1380 | 1 | prepubescent | 9 | In Person | SDIN |
| Boroczk, Darrick C. | 09-CR-006471 | 2012 | 1340 | 1 | Toddler | 3 | In Person | ILN |
| Stong, Benton | 13-CR-02014 | 2014 | 1320 | 4 | Prepubescent | 10, 11, 11, 12 | In Person | IAN |

| Al-Awadi, Ali | 15-CR-00072-TWP-DML-1 | 2016 | 1296 | 1 | Toddler | 4 | In Person | INS |
|---|---|---|---|---|---|---|---|---|
| Turner, Jarrett | 3:15-cr-93 | 2018 | 1260 | 2 | Infant, Toddler | 1 thru 3 | In Person | MD Tn |
| Lawrence Jamieson | 17-113 | 2018 | 1200 | 1 | | | | EDPA |
| Miller, Titus | 4:19-cr-3126 | 2020 | 1200 | 5 | Prepubescent | 4 thru 6 | In Person | D Neb |
| Herrera, Joaquin | 5:19-cr-68 | 2020 | 1200 | | | | In Person | ND Fl |
| Greenwell, Jeffrey | 09-CR-00757 CAS | 2011 | 1200 | 5 | Unknown | | In Person | E MO |
| Hajny, James | 14-CR-05022-01 | 2016 | 1200 | 2 | Prepubescent | 9 | In Person | W MO |