UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:20CR242 (JAM) |
| vs. | : |
| | : June 21, 2021 |
| RANDALL TILTON | |

**DEEFENDANT'S SUPPLEMENTAL MEMORANDUM**
**IN AID OF SENTENCING RE: MILITARY RECORDS**

Randall Tilton submits this supplemental memorandum to summarize a sealed exhibit he intends to file that contains 25 pages of Mr. Tilton's 152-page military record. The Government was able to obtain Mr. Tilton's military record and provided it to counsel and U.S. Probation last Wednesday, June 16, 2021. Undersigned counsel completed her review of the record this morning and is filing as an exhibit, evaluations of Mr. Tilton's performance while he actively served in the Navy.

The sealed exhibit is predominantly comprised of evaluations of Mr. Tilton by his superior officers, from June 2010 through his arrest. The evaluations indicate that Mr. Tilton performed "above standard" during this period when he actively served. (Pp. 003-024 of sealed exhibit.) The evaluations, overall, include laudatory descriptions of his service in terms of leadership and skill. (Id.) In February 2016, he received a Navy and Marine Corps Achievement Medal in recognition of professionalism and expertise as a Machinist' Mate Second Class. (Id., 001.) He received the "Good Conduct Medal" from February 21, 2008, to February 20, 2011, and a "Letter of Commendation Flag" from August 1, 2008, through January 31, 2013. (Id. 002.) Finally, the records indicate that on November 1, 2019, Mr. Tilton failed to report back from leave due to his arrest by the Groton Police department. (Id., 025.)

Respectfully submitted,

THE DEFENDANT,
Randall Tilton

OFFICE OF THE FEDERAL DEFENDER


/s/Moira L. Buckley
Moira L. Buckley
Assistant Federal Defender
10 Columbus Boulevard, 6th Fl.
Hartford, CT 06106
(860)493-6260
Ct18803
Moira_Buckley@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 21, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                            /s/ Moira L, Buckley
                            Moira L. Buckley