# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Connecticut _____

United States of America

V.

Randall Tilton

## EXHIBIT AND WITNESS LIST

Case Number:  3:20-cr-00242-JAM-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffrey A. Meyer | Nancy V. Gifford, Amanda S. Oakes | Moira L. Buckley |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | Diana Huntington | Donna Barry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/22/2021 | YES | NO | Photos of Victims |
| 2 | | 6/22/2021 | | YES | Victim's poem |
| 3 | | 6/22/2021 | | YES | Victim's letter |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.